# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Douglas James Sellner, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 13cv1289 ADM/LIB |
| MAT Industries LLC, | |
| Defendant(s). | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered for the Defendant.

Date: 5/30/2018                                                                KATE M. FOGARTY, CLERK

                                                                                       s/LP Holden
                                                                              (By)   LP Holden, Deputy Clerk

s/Ann D. Montgomery
Ann D. Montgomery
U.S. District Court Judge